1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  VELDEMETRIC R. THOMAS,                    No.  2:13-CV-02250

12              Plaintiff,

13      v.                                    **ORDER**

14  THE HOME DEPOT U.S.A., INC.,

15              Defendant.

16

17      This matter is before the Court pursuant to Plaintiff Veldemetric R. Thomas' ("Plaintiff")

18  request to substitute counsel, removing Mr. David Springfield and naming herself as attorney of

19  record in this case.  (Mot. for Substitution of Attorney, ECF No. 29.)  Plaintiff filed this motion

20  before Magistrate Judge Allison Claire, who referred it to the undersigned.  The Court has

21  reviewed the motion and accompanying exhibit submitted by Plaintiff and finds that good cause

22  exists for granting Plaintiff's request.  As such, the Court hereby GRANTS Plaintiff's motion to

23  substitute counsel. (ECF No. 29.)  Due to this Court's ruling, Plaintiff is now proceeding in

24  propria persona and is thus referred to Magistrate Judge Allison Claire for all further proceedings

25  in accordance with Local Rule 302(c)(21).

        IT IS SO ORDERED.

26  Dated:  November 18, 2014

27
                                              _____
28                                            Troy L. Nunley
                                              United States District Judge

1