UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELDEMETRIC R. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT U.S.A., INC.; MATTHEW BRADLEY and DOES 1-50, and Each of them, Inclusive,<br><br>　　　　Defendants. | Case No. 2:13-cv-02250-TLN-AC<br><br>**ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING RE DAVID SPRINGFIELD'S CONTEMPT OF COURT**<br><br>Date:　　January 15, 2015<br>Time:　　2:00 p.m.<br>Ctrm:　　2<br>Judge:　　Hon. Troy L. Nunley<br><br>Complaint Filed:　10/28/13<br>Trial Date:　　None Set |

　　The Court hereby grants Defendant Home Depot U.S.A., Inc.'s request to appear telephonically at the Order to Show Cause hearing re David Springfield's contempt of court scheduled for January 15, 2015.

Dated:  January 9, 2015

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 2:13-cv-02250-TLN-AC
ORDER REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING RE DAVID SPRINGFIELD'S CONTEMPT OF COURT