UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELDEMETRIC R. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, U.S.A., INC.,<br><br>Defendant. | No. 2:13-cv-02250-TLN-AC<br><br><br><br>ORDER |

      This matter is before the undersigned pursuant to Local Rule 302(c)(21).  Presently before the court is plaintiff's self-styled motion to strike her Fourth Amended Complaint ("FAC") with leave to amend.  ECF No. 66.

      On May 11, 2015, the court dismissed all but one of plaintiff's claims with instructions to file an amended complaint within 30 days.  ECF No. 62.  On May 18, 2015, plaintiff filed a timely FAC.  ECF No. 65.  However, plaintiff then filed a motion styled as a motion to strike her FAC with leave to amend on May 22, 2015.  ECF No. 66.  The court will construe plaintiff's motion as a motion for leave to amend and deny for failure to attach the proposed amended complaint.  As the court has reminded plaintiff numerous times, Local Rule 137(c) requires plaintiffs filing motions for leave to amend to attach the proposed amended complaint.  Plaintiff's motion fails to do so.

///

1     Accordingly, THE COURT HEREBY ORDERS that plaintiff's motion for leave to
2 amend, ECF No. 66, is DENIED.
3 DATED: May 29, 2015

                                                                */s/ Allison Claire*
                                                               ALLISON CLAIRE
                                                               UNITED STATES MAGISTRATE JUDGE